No. 11–5240.  WATKINS v. HAYNES, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 11–5243.  ROBERTS v. MARSHALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–5244.  SHUBARALYAN ET VIR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5245.  GONZALEZ v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 11–5247.  HOOPER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–5248.  FLENOID v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–5249.  DE JESUS GARCIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5250.  FILLMAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 11–5252.  GREEN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–5254.  ERAS-MACHADO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5255.  COX v. AYERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–5256.  COUSINS v. GREEN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–5257.  HALSTIED v. OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 11–5258.  GEE v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 11–5259.  HAWKINS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.